**No. P66/33.**—John H. Faunce, Phila., Inc. *v.* United States, protest 60/26837 (Philadelphia).

NICHOLS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of slabs of marble measuring not less than 4 superficial inches and not more than 1 inch in thickness, polished on four sides and one face or surface, not drilled, similar in all material respects to those the subject of *Selectile Co., Inc.* v. *United States* (54 Cust. Ct. 30, C.D. 2504), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, APRIL 13, 1966

**No. P66/34.**—W. T. Grant Company et al. *v.* United States, protests 59/17373, etc. (New York).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise marked "A" covered by the foregoing protests consists of bicycle horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), and that the merchandise marked "B" covered by the foregoing protests consists of bicycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claims of the plaintiffs were sustained.

BEFORE THE SECOND DIVISION, APRIL 18, 1966

**No. P66/35.**—Daiichi Bussan Kaisha, Ltd., et al. *v.* United States, protests 60/12015, etc. (New York).

RAO, C.J.   In accordance with stipulation of counsel that certain of the merchandise covered by the foregoing protests consists of waterproof cotton velveteen cloth similiar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 CCPA 20, C.A.D. 723), the claim of the plaintiffs was sustained.  Protest 60/8540, having been abandoned as to entries 752960, 752953, and 752939, and protest 61/16789, having been abandoned as to entries 799683, 827714, and 767021, were dismissed as to said entries.  This case was formerly reported in Abstract 69795.